UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 21-CR-10010 |
| ) | |
| v. ) | |
| ) | |
| DANYBELKIS VASQUEZ-RODRIGUE ) | |
| Defendant ) | |

APPERARANCE FOR DEFENDANT

Please accept this document as my appearance for the Defendant in the above-entitled matter.  Thank you for your attention to this matter.


Dated: January 18, 2021                                    /s/ Eric Taitano_____

                                                                        Eric Taitano  BBO# 637070
                                                                        For Danybelkis Vasquez-Rodrigue
                                                                        349 Essex St., 1st Floor
                                                                        Lawrence, MA 01840
                                                                        978-794-7888
                                                                        Taitanolaw@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing appearance motion has been sent this date to Assistant US Attorney Alathea Porter.

                                                                         /s/ Eric Taitano_____
                                                                         Eric Taitano

Dated: January 18, 2021