UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 21-cr-10010-FDS |
| DANYBELKIS VASQUEZ-RODRIGUE, | ) |
| | ) |
| Defendant | ) |

## GOVERNMENT'S WITNESS LIST

The United States of America, by its attorneys, United States Attorney Rachael S. Rollins, and Assistant U.S. Attorneys Alathea E. Porter and Stephen W. Hassink, hereby gives notice that it may call the following persons as witnesses during its case-in-chief. The government reserves the right to supplement or modify this list with reasonable notice to the defendant. The government also reserves the right to supplement or modify this list in light of the evidence admitted at trial.

1. Special Agent Albert Fonseca
   Federal Bureau of Investigation

2. Special Agent Garrett Hassett
   Federal Bureau of Investigation

3. Task Force Officer Bryan Marks
   Federal Bureau of Investigation

4. Task Force Officer Damon Reinold
   Federal Bureau of Investigation

5. IT Specialist Cameron Davis
   Federal Bureau of Investigation

6. Forensic Chemist Brian Green
   Drug Enforcement Administration

7. Senior Forensic Chemist Brian Hall
   Drug Enforcement Administration

1

8.     Jail Call Recording Expert Christopher Warren
       Essex County Sherriff's Office

9.     ███████████████
       Federal Bureau of Investigation Cooperating Witness

                          Respectfully submitted,

                          RACHAEL S. ROLLINS
                          UNITED STATES ATTORNEY

                 By:    */s/ Alathea E. Porter*
                          ALATHEA E. PORTER
                          STEPHEN W. HASSINK
                          Assistant U.S. Attorneys

Dated: August 3, 2022

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Alathea E. Porter
ALATHEA E. PORTER
Assistant U.S. Attorney

Date:  August 3, 2022