UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 21-cr-10010-FDS-2 |
| | ) | |
| DANYBELKIS VASQUEZ-RODRIGUE | ) | |

**DEFENDANT'S EXHIBIT LIST**

The Defendant submits this list of exhibits that she intends to introduce or mark for identification during her case-in-chief. The Defendant reserves the right to supplement or modify this list with reasonable notice to the government. The Defendant also reserves the right to supplement or modify this list in light of the evidence admitted at trial.

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Text message between Teka and Defendant |
| 2 | Call log reflecting contact between Teka and Defendant |

Respectfully submitted,
Danybelkis Vasquez-Rodrigue,
By and through her Attorney,
/s Murat Erkan
Murat Erkan, BBO# 637507
Erkan & Associates, LLC
300 High Street
Andover, MA 01810
(978) 474-0054
Date: August 3, 2022            Murat@ErkanLaw.com

CERTIFICATE OF SERVICE

I, Attorney Murat Erkan, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 3, 2022.

/s/ Murat Erkan
Murat Erkan, BBO 637507