```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
v.                             )    No. 21-cr-10010-FDS-2
                               )
DANYBELKIS VASQUEZ-RODRIGUE    )
```

**DEFENDANT'S WITNESS LIST**

  The Defendant has not identified any witnesses she intends to call in her case-in-chief.  The Defendant reserves the right to supplement or modify this list with reasonable notice to the government.  The Defendant also reserves the right to supplement or modify this list in light of the evidence admitted at trial.

```
                               Respectfully submitted,
                               Danybelkis Vasquez-Rodrigue,
                               By and through her Attorney,
                               /s Murat Erkan
                               Murat Erkan, BBO# 637507
                               Erkan & Associates, LLC
                               300 High Street
                               Andover, MA 01810
                               (978) 474-0054
Date: August 3, 2022           Murat@ErkanLaw.com
```

CERTIFICATE OF SERVICE

  I, Attorney Murat Erkan, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 3, 2022.

/s/ Murat Erkan
Murat Erkan, BBO 637507